IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERNEST JAMES USHER, JR.,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

OPINION and ORDER

26-cv-246-amb

---

The parties filed a joint motion to remand this case on August 13, 2026. Dkt. 14. IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. Specifically, on remand, the Appeals Council will give further consideration to plaintiff's maximum residual functional capacity and provide appropriate rationale with specific references to evidence in the record in support of the assessed limitations; offer plaintiff the opportunity for a hearing; take further action to complete the administrative record resolving the above issues; and issue a new decision.

Entered August 28, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge